UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    v.                              :

JOSE PESANTE,                        :

            Defendant.            :

- - - - - - - - - - - - - - - - - x

ORIGINAL

08 CRIM 148

NOTICE OF INTENT TO
FILE AN INFORMATION

07 Mag. 1757

JUDGE CASTEL

      Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
       ~~January~~ __, 2008
       February 4

                         MICHAEL J. GARCIA
                         United States Attorney

              By:   _____
                    MARK LANPHER
                    Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
RUSSELL T. NEUFELD, ESQ.
Attorney for Jose Pesante

ELECTRONICALLY FILED
2/4/08

2/4/08 WHEEL A