```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :    INFORMATION
         - v. -                  :
                                 :    08 Cr.
JOSE PESANTE,                    :
              Defendant.         :
- - - - - - - - - - - - - - - - - - x
```

08 CRIM 148

Count One

The United States Attorney charges:

From at least on or about March 6, 2007, up to and including in or about September 2007, in the Southern District of New York and elsewhere, JOSE PESANTE, the defendant, unlawfully, willfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, and to obtain money, funds, credits, assets, securities and other property owned by, and under the custody and control of, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, North Fork Bank, by means of false and fraudulent pretenses, representations and promises, to wit, PESANTE, having devised a scheme to fund a bank account with counterfeit checks and then withdraw money from such account, did open a bank account at North Fork Bank, deposit

counterfeit checks therein, and then use the account's debit card to obtain cash.

    (Title 18, United States Code, Section 1344).

                                        */s/ Michael J. Garcia*
                                        MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE PESANTE,

Defendant.

---

INFORMATION

08 Cr.

(18 U.S.C. § 1344.)

MICHAEL J. GARCIA
United States Attorney.

---

February 25, 2008 - Information filed
February 25, 2008 - The defendant Jose Pesante and his attorney Russell Neufeld are present. AUSA Chauk O. Kampler is present. Court Reporter Jennifer Thun is present. See transcript. The defendant waives indictment and pleads guilty to Count One. The Court accepts the plea. The PSR is ordered. Sentencing is scheduled for May 29, 2008 at 9:30 am. Bail is continued.

Castel, J.