# Russell T. Neufeld
Attorney at Law

**MEMO ENDORSED**

**BY FACSIMILE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007-1312

Re: *United States v. Jose Pesante*
    08 Cr. 0148 (PKC)

Dear Judge Castel:

This is a request that my client, Jose Pesante's, travel restrictions be expanded to allow him to travel to Connecticut for work. Mr. Pesante works as a chauffeur for a limousine company. He is currently permitted to travel within New York and New Jersey for work. His employer has asked that he be allowed to take customers to Connecticut as well. I have discussed this request with Assistant United States Attorney Mark Lampher and he has no objection.

Respectfully submitted,

Russell T. Neufeld

cc. A.U.S.A. Mark Lampher

*[Handwritten endorsement:]* Bail modified to allow travel to and from the District of Connecticut and District of New Jersey [and all districts within State of New York] for work. SO ORDERED. 3-19-08

99 Hudson Street • 8th Floor • New York, NY 10013 • Tel. 646-613-8359 • Fax: 212-965-9084 • RussellTNeufeld@aol.com