UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

-against-

*Jose Pesante*

          Defendant.

ORDER TO SURRENDER

08 CR 0148 (PKC)

It is hereby ordered that _Jose Pesante_ the defendant, having been sentenced in the above case to the custody of the Attorney General, it is hereby ordered to surrender himself to the Attorney General by reporting to the Correctional Institution to be designated by the Bureau of Prisons before/2 P.M. on _July 18_, 2008

So Ordered: _____
P. Kevin Castel, U.S.D.J.
May 29, 2008

**Acknowledgment:**

    I agree to report as directed in this order and understand that if I fail to do so (a) I may be cited for contempt of court and, if convicted, may be punished by imprisonment or fine or both, and (b) I may be charged with the separate crime of failure to surrender, 18 U.S.C. § 3146, and, if convicted, punished by a term of imprisonment and fine consecutive to the sentence I have already received.

_Russell Neufeld_                    _____
  Attorney's Signature                                Defendant's Signature

CC: U.S. Marshal, S.D.N.Y.
     Probation Dept., S.D.N.Y.
     Pretrial Services, S.D.N.Y.
     U.S. Attorney, S.D.N.Y.
     Defense Counsel